IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CRIMINAL ACTION NO. 08-00389-KD-C |
| ) | |
| EDMOND SMITH, IV ) | |
| Defendant. | |

**ORDER**

This matter is before the court on the defendant, Edmond Smith, IV's appeal of Magistrate Judge William Cassady's order of detention dated January 21, 2009. (docs. 9, 19). The court has reviewed the recording of the defendant's January 7, 2009 initial appearance and arraignment before the magistrate judge, as well as the recording of the detention hearing conducted on January 12, 2009.  The court has also reviewed the Pretrial Services Report (doc. 13) and the indictment (doc. 1).

Based on a de novo review of the evidence, the court finds that Magistrate Judge Cassady's ruling that there are no conditions of release that will reasonably assure that Mr. Smith will return for trial if released is supported by the evidence presented to the court, and the order of detention is therefore AFFIRMED.

DONE and ORDERED this 19th day of February 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**