UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.  1:08cr389-S

EDMOND HUDMOND SMITH, IV,
a/k/a "Eddie,"

     Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 82) docketed March 15, 2011. The magistrate judge recommends that the defendant's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) and (d) be denied. No objections to the magistrate judge's report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 82) is hereby ADOPTED and incorporated by reference in this order.

2. The defendant's motion for relief from judgment (doc. 79) is DENIED.

DONE AND ORDERED this   11th   day of   April  , 2011.

                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE