UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

v.                                                             1:08cr389-WS

EDMOND HUDMOND SMITH, IV,                                      1:10cv703-WS/WCS
a/k/a "Eddie,"

      Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 113) docketed June 28, 2013. The magistrate judge recommends that the defendant's section 2255 motion to vacate (doc. 112) be dismissed for lack of jurisdiction. No objections to the report and recommendation have been filed.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 113) is adopted and incorporated by reference in this order of the court.

2. The defendant's section 2255 motion to vacate is DISMISSED for lack of

jurisdiction.

3. A certificate of appealability shall not issue.

DONE AND ORDERED this   10th   day of    March   , 2014.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE

Case No 1:09cr158-WS